JJR

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**FILED**
7/22/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Jarrel Whitlock

**RECEIVED**

JUN 24 2016
6-24-16 TMR
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas J Dart

Cas
(To

1:16-cv-6685
Judge Elaine E. Bucklo
Magistrate Judge Sidney I. Schenkier
PC7

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

**CHECK ONE ONLY:**

_____✓_____  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A.    Name: _Jarret Whitlock_

    B.    List all aliases: _____

    C.    Prisoner identification number: _20150324105_

    D.    Place of present confinement: _Cook County Jail_

    E.    Address: _P.O. Box 089002_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: _Thomas J Dart_

           Title: _Cook County sheriff_

           Place of Employment: _Cook County Sheriff office_

    B.    Defendant: _____

           Title: _____

           Place of Employment: _____

    C.    Defendant: _____

           Title: _____

           Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A.    Name of case and docket number: _____ N/A _____

          _____

    B.    Approximate date of filing lawsuit: _____ N/A _____

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: ___ N/A ___

          _____

          _____

    D.    List all defendants: _____ N/A _____

          _____

          _____

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ N/A _____

    F.    Name of judge to whom case was assigned: _____ N/A _____

          _____

    G.    Basic claim made: _____ N/A _____

          _____

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ N/A _____

          _____

    I.    Approximate date of disposition: _____ N/A _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

To whom this May Concern,

My name is Mr. Jarrel Whitlock I'm currently being detain at Cook county Department of corrections (ccdoc). The following statement that's about to be given is to further help me to initiate a civil lawsuit against Cook county sheriff Mr Thomas J. Dart to whom is the overseer of Cook county Department of corrections (ccdoc). I'm asking for legal assistance for the violation of my eighth amendment. During the dates of 8/15/2015 - 12/8/2015 I was being housed in a inhumane Condemned building here in Cook county. The following living conditions of division one were that of inhumane living conditions the building was full of Mold, rust, mildew, asbestos in the air no running hot water or showers. there was mices and roaches in the living areas, hallways, showers, even in detainees personal Property. Any detain or incarcerated Persons are entitled to live in humane conditions in accordance to our eighth amendment. Division one didn't provide me with any of the basic human needs that are entitle to a Person rather free or detain. I wasn't allow any religious Services while I was in division one and as a classify minimum - medium security level detainee my personal safety was

Revised 9/2007

at risk with being housed around maximum security level detainees as it must be noted division one was a maximum security level building during the time it was open till the building being closed at which time when the building was open and of me being housed there I was at risk of injury from detainee's with charges that classify them as maximum level detainees. I would like to close this following claim with the acknowledgment that all of the following statements, dates, and facts are accurate to my experiences in cook county department of corrections division one housing facility.

**V.** **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Im asking for Pain and suffering damages Punitive damages and Compensatory damages

**VI.** The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _June_ day of _7_ , 20 _16_

_Jarrel Whitlock_
(Signature of plaintiff or plaintiffs)

_Jarrel Whitlock_
(Print name)

_20150324105_
(I.D. Number)

_P.O. Box 089002 Chicago IL 60608_
(Address)

6